COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:      Lanesha Washington v. Cerberus SFR Holding

Appellate case number:    01-18-00712-CV

Trial court case number:  1112687

Trial court:              County Civil Court at Law No. 1 of Harris County

Appellant, Lanesha Washington, has filed a notice of appeal of the trial court's final judgment signed on August 3, 2018. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court proceedings. *See* TEX. R. CIV. P. 145(a), (b), 510.9(c). The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's statement was filed. *See id.* 145(f), 510.9(c)(2).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.

The court reporter clerk is directed to prepare and file with this Court a reporter's record at no cost to appellant. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.3(b), (c). **The reporter's record is due to be filed no later than October 2, 2018.** *See* TEX. R. APP. P. 35.1.

Judge's signature: /s/ Terry Jennings

☑ Acting individually     ☐ Acting for the Court

Date: September 13, 2018